**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

**No. 19-1139**

PATRICK CHRISTIAN,

　　　　Plaintiff - Appellant,

　　v.

C.N. JENKINS, JR., Presiding Chief Judge, 13th Circuit Court for the City of Richmond; MELVIN R. HUGHES, Retired Judge 13th Circuit Court for the City of Richmond; BRADLEY CAVEDO, Presiding Judge, 13th Circuit Court for the City of Richmond; HENRY E. HUDSON, U.S. Judge Eastern District Court of Virginia; M. HANNAH LAUCK, U.S. Judge Eastern District Court of Virginia; ROGER L. GREGORY, Chief Judge of Virginia, U.S. Court of Appeals for the 4th Circuit; G. STEVEN AGEE, Judge of Virginia, U.S. Court of Appeals for the 4th Circuit; STEPHANIE D. THACKER, Judge of W. Virginia, U.S. Court of Appeals for the 4th Circuit; WILLIAM B. TRAXLER, JR., Judge of S. Carolina, U.S. Court of Appeals for the 4th Circuit; DIANA GRIBBON MOTZ, Judge of Maryland, U.S. Court of Appeals for the 4th Circuit; DENNIS W. SHEDD, Sr. Judge of S. Carolina, U.S. Court of Appeals for the 4th Circuit; JAMES A. WYNN, JR., Judge of N. Carolina, U.S. Court of Appeals for the 4th Circuit; ALBERT DIAZ, Judge of N. Carolina, U.S. Court of Appeals for the 4th Circuit; CLYDE H. HAMILTON, Sr. Judge of S. Carolina, U.S. Court of Appeals for the 4th Circuit; J. HARVIE WILKINSON, III, Judge of Virginia, U.S. Court of Appeals for the 4th Circuit; ALLYSON K. DUNCAN, Chief Judge of N. Carolina, U.S. Court of Appeals for the 4th Circuit; S. BERNARD GOODWYN, Justice, Supreme Court of Virginia; LEROY F. MILLETTE, JR., Senior Justice, Supreme Court of Virginia; D. ARTHUR KELSEY, Justice, Supreme Court of Virginia; JOHN G. ROBERTS, Chief Justice, United States Supreme Court; SAMUEL ALITO, Associate Justice, United States Supreme Court; CLARENCE THOMAS, Associate Justice, United States Supreme Court; RUTH BADER GINSBURG, Associate Justice, United States Supreme Court; STEPHEN BREYER, Associate Justice, United States Supreme Court; SONIA SOTOMAYOR, Associate Justice, United States Supreme Court; ELENA KAGAN, Associate Justice, United States Supreme Court; NEIL GORSUCH, Associate Justice, United States Supreme Court; ROBERT MCDONNELL, Former Governor of Virginia; TERRY

MCAULIFFE, Former Governor of Virginia; MARK HERRING, Attorney General of Virginia; MICHAEL HERRING, Commonwealth Attorney; GENERAL ASSEMBLY FOR THE COMMONWEALTH STATE OF VIRGINIA; JONATHAN O'CONNOR, Pro Bono Lawyer, Defense Attorney; BRIDGETT K. GERAGHTY, Public Defender,

Defendants - Appellees.

––––––––––

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge.  (3:18-cv-00868-JAG)

––––––––––

Submitted:  May 30, 2019                              Decided:  July 26, 2019

––––––––––

Before KEENAN, HARRIS, and QUATTLEBAUM, Circuit Judges.

––––––––––

Affirmed by unpublished per curiam opinion.

––––––––––

Patrick O. Christian, Appellant Pro Se.

––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick O. Christian appeals the district court's order dismissing his civil rights complaint as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Christian v. Jenkins*, No. 3:18-cv-00868-JAG (E.D. Va. Jan. 30, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
